**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

TAMMY GODMAN,

     Plaintiff,

v.                                                                         Case No. 3:25cv2634-MCR-HTC

DAVID JAMES OBERLIESEN and
BRAD EDWARD EMBRY,

     Defendants.

_____/

## <u>ORDER</u>

The magistrate judge issued a Report and Recommendation dated December 29, 2025 (ECF No. 6).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this Order.

2.    Plaintiff Godman's complaint (ECF No. 1) is DISMISSED WITHOUT

PREJUDICE for lack of jurisdiction.

3.    The clerk shall close the file.

**DONE AND ORDERED** this 1st day of May 2026.


_M. Casey Rodgers_____

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**